UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

IN RE: FORD MOTOR CO. SPEED CONTROL
DEACTIVATION SWITCH PRODUCTS
LIABILITY LITIGATION                                              MDL No. 1718

(SEE ATTACHED SCHEDULE)

**CONDITIONAL REMAND ORDER**

The transferee court in this litigation has advised the Panel that coordinated or consolidated pretrial proceedings in the action(s) on this conditional remand order have been completed and that remand to the transferor court(s), as provided in 28 U.S.C. §1407(a), is appropriate.

IT IS THEREFORE ORDERED that the action(s) on this conditional remand order be remanded to its/their respective transferor court(s).

IT IS ALSO ORDERED that, pursuant to Rule 10.2 of the Rules of Procedure of the United States Judicial Panel on Multidistrict Litigation, the transmittal of this order to the transferee clerk for filing shall be stayed 7 days from the date of this order. If any party files a notice of opposition with the Clerk of the Panel within this 7−day period, the stay will be continued until further order of the Panel. This order does not become effective until it is filed in the office of the Clerk for the United States District Court for the Eastern District of Michigan.

IT IS FURTHER ORDERED that, pursuant to Rule 10.4(a), the parties shall furnish the Clerk for the Eastern District of Michigan with a stipulation or designation of the contents of the record to be remanded and all necessary copies of any pleadings or other matter filed so as to enable said Clerk to comply with the order of remand.

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

Inasmuch as no objection is pending at this time, the stay is lifted.

Apr 17, 2012

CLERK'S OFFICE
UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

I hereby certify that the foregoing is a true copy of the original on file in this office.

Clerk, U.S. District Court
Eastern District of Michigan

By *Sarah Schoenherr*
Deputy Clerk

**IN RE: FORD MOTOR CO. SPEED CONTROL
DEACTIVATION SWITCH PRODUCTS
LIABILITY LITIGATION** MDL No. 1718

**SCHEDULE FOR CRO**

| TRANSFEREE | | | TRANSFEROR | | | |
|---|---|---|---|---|---|---|
| **DIST** | **DIV.** | **C.A.NO.** | **DIST** | **DIV.** | **C.A.NO.** | **CASE CAPTION** |
| MIE | 2 | 10−14228 | CAN | 5 | 10−03998 | Aryubi v. Ford Motor Company |
| MIE | 2 | 10−15149 | FLS | 1 | 10−24477 | Alonso et al v. Ford Motor Company |
| MIE | 2 | 10−11533 | GAN | 1 | 10−00450 | State Farm Fire and Casualty Company et al v. Ford Motor Company |
| MIE | 2 | 11−11834 | GAN | 1 | 11−00799 | Hill et al v. Ford Motor Company et al |
| MIE | 2 | 11−15205 | GAN | 1 | 11−03551 | Dollar et al v. Ford Motor Company et al |
| MIE | 2 | 08−15099 | MSS | 3 | 08−00609 | Metropolitan Property and Casualty Insurance Company et al v. Ford Motor Company et al |
| MIE | 2 | 10−13584 | NV | 2 | 10−00865 | American Family Insurance Group v. Ford Motor Company |
| MIE | 2 | 08−15100 | OKW | 5 | 08−01158 | Universal Underwriters Insurance Company v. Ford Motor Company et al |
| MIE | 2 | 10−11534 | OKW | 5 | 10−00155 | Smith et al v. Ford Motor Company |
| MIE | 2 | 10−14593 | PAE | 2 | 10−03843 | Mitch's Auto Service Center, Inc et al v. Ford Motor Company |
| MIE | 2 | 11−12082 | SC | 6 | 11−00932 | Al's Auto Supply, Incorporated et al v. Ford Motor Company |
| MIE | 2 | 10−12220 | TNE | 3 | 09−00435 | Fessenden v. Ford Motor Company |
| MIE | 2 | 10−12219 | TXS | 4 | 10−01404 | O'Bryan et al v. Ford Motor Company et al |

\* − denotes that the civil action has been severed.