**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION**

| | |
|---|---|
| **In re FORD MOTOR CO. SPEED CONTROL DEACTIVATION SWITCH PRODUCTS LIABILITY LITIGATION** | ) **This Document Pertains to:** <br> ) <br> ) *Nassir Aryubi, d/b/a Branham 76 Service Station v. Ford Motor Co.,* <br> ) <br> ) E.D. Mich. Case No. 10-14228 <br> ) (originally N.D. Cal. Case No. 10-3998) <br> ) <br> ) **MDL DOCKET NO. 1718** <br> ) <br> ) **Judge Bernard A. Friedman** <br> ) **Magistrate Judge Steven Whalen** |

**STIPULATION OF PARTIAL RECORD ON REMAND
PURSUANT TO JPML RULE 10.4**

The parties, by their respective attorneys, hereby stipulate, pursuant to JPML Rule 10.4, that the following pleadings and other documents should be included in the record on remand in the above-captioned case:

**MDL-1718 DOCKET**

- All entries listed in the Stipulation of Partial Record on Remand for Incident Cases Pursuant to JPML Rule 7.6(g) (Dkt. 448), which is incorporated by reference

- Stipulation Regarding Entry of Agreed Protective Order (Dkt. 487)

**E.D. MICH. CASE NO. 10-14228 DOCKET**

**All Entries**

- MDL Certified Conditional Transfer Order (CTO-62) (Dkt. 1)

- Record received from N.D. Cal. (Dkt. 2)

- Plaintiff's Motion to Remand and for Sanctions (Dkt. 3)

- Plaintiff's Motion for Order to Remand and for Sanctions (Dkt. 4)

- Ford's Motion for Entry of a Scheduling Order (Dkt. 5)

- Order Requiring a Response to Ford's Motion for Entry of a Scheduling Order (Dkt. 6)

- Plaintiff's Supplemental Brief re Plaintiff's Motion to Remand and for Sanctions (Dkt. 7)

- Plaintiff's Motion for Leave to File an Amended Complaint (Dkt. 8)

- Plaintiff's Response to Ford's Motion for Entry of a Scheduling Order (Dkt. 9)

- Ford's Motion to Strike Plaintiff's Response to Ford's Motion for Entry of a Scheduling Order (Dkt. 10)

- Ford's Response to Plaintiff's Motion to Remand and for Sanctions (Dkt. 11)

- Plaintiff's Reply to Ford's Response to Plaintiff's Motion to Remand and for Sanctions (Dkt. 12)

- Plaintiff's Response to Ford's Motion to Strike Plaintiff's Response to Ford's Motion for Entry of a Scheduling Order (Dkt. 13)

- Order Granting Ford's Motion for Entry of a Scheduling Order, Denying Plaintiff's Motion to Remand and for Sanctions, Denying Without Prejudice Plaintiff's Motion for Leave to File an Amended Complaint, and Granting Ford's Motion to Strike Plaintiff's Response to Ford's Motion for Entry of a Scheduling Order (Dkt. 14)

- Stipulation and Order Granting Plaintiff Leave to File an Amended Complaint (Dkt. 15)

- Amended Complaint (Dkt. 16)

- Motion to Amend/Correct Scheduling Order (Dkt. 17)

- Notice of Hearing re Motion to Amend/Correct Scheduling Order (Dkt. 18)

- Plaintiff's Response to Ford's Motion to Amend/Correct Scheduling Order (Dkt. 19)

- Plaintiff's Motion to Produce Depository Documents and for Sanctions (Dkt. 20)

- Jury Demand (Dkt. 21)

- Transcript from Motion Hearing held on July 14, 2011

- Order Denying Motion to Amend/Correct (Dkt. 22)

- Motion to Extend Dispositive Motion Filing Deadline (Dkt. 23)

- Response to Motion to Extend Dispositive Motion Filing Deadline (Dkt. 24)

- Order Granting Motion to Extend Dispositive Motion Filing Deadline (Dkt. 25)

- Ford's Motion to Dismiss or, Alternatively, for Partial Summary Judgment (Dkt. 26)

- Sealed Exhibit F re Ford's Motion to Dismiss or, Alternatively, for Partial Summary Judgment (Dkt. 27)

- Plaintiff's Motion to Dismiss Ford's Dispositive Motion (Dkt. 28)

- Ford's Response to Plaintiff's Motion to Dismiss Ford's Dispositive Motion (Dkt. 29)

- Notice of Teleconference (Dkt. 30)

- Stipulation and Order Withdrawing Plaintiff's Motion to Dismiss Ford's Dispositive Motion and Request for Sanctions (Dkt. 31)

- Plaintiff's Response to Ford's Motion to Dismiss or, Alternatively, for Partial Summary Judgment (Dkt. 32)

- Ford's Reply to Plaintiff's Response to Ford's Motion to Dismiss or, Alternatively, for Partial Summary Judgment (Dkt. 33)

- Order Granting Ford's Motion to Dismiss or, Alternatively, for Partial Summary Judgment (Dkt. 34)

- Amended Suggestion of Remand and Final Pretrial Order (Dkt. 35)

**STIPULATED AND AGREED:**

/s/ Sheldon R. Blum     (w/consent)
Sheldon R. Blum
blumlaw@sbcglobal.com
**LAW OFFICES OF SHELDON R. BLUM**
2242 Camden Ave., Suite 201
San Jose, CA  95124
(408) 377-7320

*Attorney for Plaintiff*

/s/ Timothy M. Kuhn
Andrew J. McGuinness (P42074)
drewmcguin@gmail.com
122 S. Main St., Suite 118
P.O. Box 7711
Ann Arbor, MI  48107-7711
(734) 274-9374

Clay Guise (P59055)
cguise@dykema.com
Timothy Kuhn (P72246)
tkuhn@dykema.com
**DYKEMA GOSSETT PLLC**
400 Renaissance Center, 36th Floor
Detroit, MI  48243
(313) 568-6800

*Attorneys for Ford Motor Company*

DET01\1044104.4
ID\TMK - 102615/0001