1  SHELDON R. BLUM (SBN: 83304)
   blumlaw@sbcglobal.net
2  LAW OFFICES OF SHELDON R. BLUM
3  2242 Camden Avenue, Suite 201
   San Jose, California 95124
4  Telephone: (408) 377-7320
   Facsimile: (408) 377-2199
5  Attorney for Plaintiff NASSIR ARYUBI
   dba BRANHAM 76 SERVICE
6

7  H. GRANT LAW (SBN:144505)
   hlaw@shb.com
8  BRADLEY M. TANNER (SBN: 273057)
   btanner@shb.com
9  SHOOK, HARDY & BACON L.L.P.
   One Montgomery, Suite 2700
10 San Francisco, California 94104-4505
11 Telephone: (415) 544-1900
   Facsimile: (415) 391-0281
12 Attorneys for Defendant
   FORD MOTOR COMPANY
13

**IT IS SO ORDERED**
Judge Edward J. Davila
10/2/2012

14                  UNITED STATES DISTRICT COURT
15
16                  NORTHERN DISTRICT OF CALIFORNIA
17                         SAN JOSE DIVISION

18 NASSIR ARYUBI dba BRANHAM 76        Case No. C 10-03998 EJD
   SERVICE,
19                                      **STIPULATION OF THE PARTIES TO
          Plaintiff,                    EXTEND DATE OF INITIAL
20 vs.                                  DISCLOSURE REQUIREMENTS
                                        [Fed. R. Civ. P. 26(a)(C)]**
21 FORD MOTOR COMPANY; and DOES I
   through XX, inclusive,
22
23        Defendants.
24 _____/

25      It is hereby stipulated by the parties through their respective counsel that the initial

26 disclosure requirements under Federal Rules of Civil Procedure, Rule 26(a)(1), shall be extended

27 to October 19, 2012, pursuant to Fed. R. Civ. P. 26(a)(C).

28

                                     1
                     JUDGEMENT AND PHYSICAL SOLUTION

Dated: September 21, 2012            LAW OFFICES OF SHELDON R. BLUM

By: **/s/ Sheldon R. Blum**
SHELDON R. BLUM
Attorney for Plaintiff
Nassir Aryubi dba Branham 76 Service

Dated: September 21, 2012            SHOOK, HARDY & BACON, L.L.P.

By: /s/ **Bradley M. Tanner**
H. GRANT LAW
BRADLEY M. TANNER
Attorneys for Defendant
Ford Motor Company

## CERTIFICATE OF SERVICE

I hereby certify that on September 28, 2012, I electronically filed the foregoing Stipulation of the Parties To Extend Date of Initial Disclosure Requirements with the Clerk of the Court using the CM/ECF system, and served electronically on all counsel of record.

/s/ Sheldon R. Blum
Sheldon R. Blum