1  SHELDON R. BLUM (SBN: 83304)
   blumlaw@sbcglobal.net
2  LAW OFFICES OF SHELDON R. BLUM
3  2242 Camden Avenue, Suite 201
   San Jose, California 95124
4  Telephone: (408) 377-7320
   Facsimile: (408) 377-2199
5  Attorney for Plaintiff NASSIR ARYUBI
   dba BRANHAM 76 SERVICE
6
7  H. GRANT LAW (SBN:144505)
   hlaw@shb.com
8  BRADLEY M. TANNER (SBN: 273057)
   btanner@shb.com
9  SHOOK, HARDY & BACON L.L.P.
   One Montgomery, Suite 2700
10 San Francisco, California 94104-4505
11 Telephone: (415) 544-1900
   Facsimile: (415) 391-0281
12 Attorneys for Defendant
   FORD MOTOR COMPANY

**IT IS SO ORDERED**
Judge Edward J. Davila
10/2/2012

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| NASSIR ARYUBI dba BRANHAM 76 SERVICE, | Case No. C 10-03998 EJD |
| Plaintiff, | **STIPULATION OF THE PARTIES TO EXTEND DATE OF INITIAL DISCLOSURE REQUIREMENTS** |
| vs. | **[Fed. R. Civ. P. 26(a)(C)]** |
| FORD MOTOR COMPANY; and DOES I through XX, inclusive, | |
| Defendants. | |

It is hereby stipulated by the parties through their respective counsel that the initial disclosure requirements under Federal Rules of Civil Procedure, Rule 26(a)(1), shall be extended to October 19, 2012, pursuant to Fed. R. Civ. P. 26(a)(C).

| | | |
|---|---|---|
| Dated: September 21, 2012 | | LAW OFFICES OF SHELDON R. BLUM |

By: **/s/ Sheldon R. Blum**
SHELDON R. BLUM
Attorney for Plaintiff
Nassir Aryubi dba Branham 76 Service

Dated: September 21, 2012              SHOOK, HARDY & BACON, L.L.P.

By:  /s/ **Bradley M. Tanner**
H. GRANT LAW
BRADLEY M. TANNER
Attorneys for Defendant
Ford Motor Company

## CERTIFICATE OF SERVICE

I hereby certify that on September 28, 2012, I electronically filed the foregoing Stipulation of the Parties To Extend Date of Initial Disclosure Requirements with the Clerk of the Court using the CM/ECF system, and served electronically on all counsel of record.

/s/ Sheldon R. Blum
Sheldon R. Blum