SHELDON R. BLUM (SBN 83304)
blumlaw@sbcglobal.net
LAW OFFICES OF SHELDON R. BLUM
2242 Camden Avenue, Suite 201
San Jose, CA 95124
Tel:    (408) 377-7320
Fax:    (408) 377-2199

Attorney for Plaintiff
NASSIR ARYUBI dba BRANHAM 76 SERVICE

H. GRANT LAW (SBN 144505)
hlaw@shb.com
BRADLEY M. TANNER (SBN 273057)
btanner@shb.com
SHOOK, HARDY & BACON, L.L.P.
One Montgomery, Suite 2700
San Francisco, CA 94104-4505
Tel:    (415) 544-1900
Fax:    (415) 391-0281

Attorneys for Defendant
FORD MOTOR COMPANY

**IT IS SO ORDERED**
*Judge Edward J. Davila*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| NASSIR ARYUBI dba BRANHAM 76 SERVICE,<br><br>             Plaintiff,<br><br>v.<br><br>FORD MOTOR COMPANY, and DOES I through XX, inclusive,<br><br>             Defendants. | Case No.  C 10-03998-EJD<br><br>**STIPULATION OF THE PARTIES TO DISMISS ENTIRE ACTION WITH PREJUDICE**<br>[Fed. R. Civ. P. 41(a)(1)(A)(ii)] |

IT IS STIPULATED by and between Plaintiff NASSIR ARYUBI dba BRANHAM 76 SERVICE and Defendant FORD MOTOR COMPANY by and through their respective counsel of record that the above-titled action is hereby dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).  Each party shall bear their own costs and attorneys' fees pursuant to the parties' settlement agreement.   The Clerk shall close this file.

SO STIPULATED.

Dated: December 21, 2012      LAW OFFICES OF SHELDON R. BLUM

By:    */s/ Sheldon R. Blum*
        SHELDON R. BLUM

Attorney for Plaintiff
NASSIR ARYUBI

Dated: December 21, 2012      SHOOK, HARDY & BACON, L.L.P.

By:    */s/ Bradley M. Tanner*
        H. GRANT LAW
        BRADLEY M. TANNER

Attorneys for Defendant
FORD MOTOR COMPANY